Neama Rahmani (State Bar No. 223819)
    *efilings@westcoasttriallawyers.com*
Ronald L. Zambrano (State Bar No. 255613)
    *ron@westcoasttriallawyers.com*
Nick Yasman (State Bar No. 325488)
    *nick@westcoasttriallawyers.com*
**WEST COAST TRIAL LAWYERS, APLC**
1147 South Hope Street
Los Angeles, California 90015
Telephone: (213) 927-3700
Facsimile: (213) 927-3701

Attorneys for Plaintiff
PAUL MARTINEAU

*Attorneys for Defendant listed on next page*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MARTINEAU, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> CITIZENS TELECOM SERVICES COMPANY LLC, a Delaware Limited Liability Company; FRONTIER COMMUNICATIONS PARENT, INC., a Delaware Corporation; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:25-cv-01711-FMO-MAR <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> *Assigned to the Honorable Judge Fernando M. Olguin* <br><br> Complaint Filed: November 18, 2024 <br> Trial Date:        July 7, 2026 |

-1-

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Stacey F. Blank, Bar No. 174378
sblank@littler.com
**LITTLER MENDELSON, P.C.**
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

Samlecia D. Gaye, Bar No. 296981
sgaye@littler.com
**LITTLER MENDELSON, P.C.**
101 Second Street, Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys For Defendant
CITIZENS TELECOM SERVICES
COMPANY L.L.C.

Jason A. James (SBN 265129)
E-mail: jjames@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363Fax: 949.863.3350

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

-2-

Plaintiff PAUL MARTINEAU and Defendants CITIZENS TELECOM SERVICES COMPANY L.L.C. and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: June 22, 2026      WEST COAST TRIAL LAWYERS, APLC

BY: /s/ Nicholas A. Yasman
Ronald L. Zambrano, Esq.
Nicholas A. Yasman, Esq.
Attorneys for Plaintiff,
PAUL MARTINEAU

Dated: June 22, 2026      LITTLER MENDELSON, P.C.

BY: /s/ Samlecia D. Gaye
Stacey F. Blank, Esq.
Samlecia D. Gaye, Esq.
Attorneys for Defendant,
CITIZENS TELECOM SERVICES COMPANY LLC

Dated: June 22, 2026      BURKE, WILLIAMS & SORENSEN, LLP

BY: /s/ Jason A. James
Jason A. James, Esq.
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

-3-

# **ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 22, 2026

WEST COAST TRIAL LAWYERS, APLC

BY:  /s/ Nicholas A. Yasman

Ronald L. Zambrano, Esq.
Nicholas A. Yasman, Esq.
Attorneys for Plaintiff,
PAUL MARTINEAU

-4-

CERTIFICATE OF SERVICE

I am over the age of 18 and am not a party to the above-captioned matter.

On June 22, 2026, I served the documents listed below on the Defendant by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice as follows:

Stacey F. Blank, Bar No. 174378

sblank@littler.com

**LITTLER MENDELSON, P.C.**

2049 Century Park East, 5th Floor

Los Angeles, California 90067.3107

Telephone: 310.553.0308

Facsimile: 800.715.1330

Samlecia D. Gaye, Bar No. 296981

sgaye@littler.com

**LITTLER MENDELSON, P.C.**

101 Second Street, Suite 1000

San Francisco, California 94105

Telephone: 415.433.1940

Facsimile: 415.399.8490

//

-1-

Jason A. James (SBN 265129)

E-mail: jjames@bwslaw.com

**BURKE, WILLIAMS & SORENSEN, LLP**

18300 Von Karman Avenue, Suite 650

Irvine, California 92612-1032

Tel: 949.863.3363

Fax: 949.863.3350

The documents served on June 22, 2026, are: **JOINT STIPULATION FOR DISMISSAL**

Dated: June 22, 2026                WEST COAST TRIAL LAWYERS, APLC

By  /s/ Nicholas A. Yasman
_____
Nicholas A. Yasman, Esq.
Attorney for Plaintiff,
PAUL MARTINEAU

-1-

PROOF OF SERVICE