Neama Rahmani (State Bar No. 223819)
  efilings@westcoasttriallawyers.com
Ronald L. Zambrano (State Bar No. 255613)
  ron@westcoasttriallawyers.com
Nick Yasman (State Bar No. 325488)
  nick@westcoasttriallawyers.com
**WEST COAST TRIAL LAWYERS, APLC**
1147 South Hope Street
Los Angeles, California 90015
Telephone: (213) 927-3700
Facsimile: (213) 927-3701

Attorneys for Plaintiff
PAUL MARTINEAU

*Attorneys for Defendant listed on next page*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MARTINEAU, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> CITIZENS TELECOM SERVICES COMPANY LLC, a Delaware Limited Liability Company; FRONTIER COMMUNICATIONS PARENT, INC., a Delaware Corporation; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:25-cv-01711-FMO-MAR <br><br> **ORDER ON STIPULATION [55] GRANTING DISMISSAL WITH PREJUDICE** <br><br> *Assigned to the Honorable Judge Fernando M. Olguin* <br><br> Complaint Filed: November 18, 2024 Trial Date:       July 7, 2026 |

-1-

ORDER FOR DISMISSAL WITH PREJUDICE

Stacey F. Blank, Bar No. 174378
sblank@littler.com
**LITTLER MENDELSON, P.C.**
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

Samlecia D. Gaye, Bar No. 296981
sgaye@littler.com
**LITTLER MENDELSON, P.C.**
101 Second Street, Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys For Defendant
CITIZENS TELECOM SERVICES
COMPANY L.L.C.

Jason A. James (SBN 265129)
E-mail: jjames@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363Fax: 949.863.3350

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

-2-

# **ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and counterclaims stated herein against all parties, with each party bearing that party's owner attorney's fees and costs.

Dated:  June 23, 2026

_____/s/_____
Hon. Fernando M. Olguin
UNITED STATES DISTRICT JUDGE

-4-

ORDER FOR DISMISSAL WITH PREJUDICE